# M·K MORAN KARAMOUZIS LLP

## ATTORNEYS AND COUNSELORS AT LAW

ONE PENN PLAZA
36TH FLOOR
NEW YORK, NEW YORK 10119
TELEPHONE: 212.425.2125
FACSIMILE:  212.425.2126

265 SUNRISE HIGHWAY
SUITE 61
ROCKVILLE CENTRE, NEW YORK 11570
TELEPHONE: 516.678.6660
FACSIMILE:  516.678.6661

September 15, 2010

REPLY TO:
☒ LONG ISLAND OFFICE
☐ NEW YORK CITY OFFICE

**VIA ECF**

Magistrate Judge James Orenstein
United States District Court
Eastern District Court of New York
225 Cadman Plaza East, Room 456 North
Brooklyn, New York 11201

Re: <u>Korsinsky v. Experian Information Solutions, Inc., et al.</u>
Case No. CV 07-3405 (DLI) (JO)

Your Honor:

We represent Defendants KeyCorp and KeyBank, N.A. (collectively, "KeyBank") in the above-referenced action. A conference is scheduled before the Court in this matter tomorrow. We write to request that the conference be adjourned because the parties are working towards final settlement and dismissal of this matter. At the last conference before the Court, the parties reached a settlement, subject to the execution of mutually agreeable settlement agreement. A draft of the settlement agreement has been circulated and is currently being reviewed by Plaintiff's counsel. We anticipate that the settlement agreement will be finalized this week and circulated for execution by the parties in short order. We also anticipate filing a Stipulation of Dismissal with the Court within the next thirty (30) days.

Michael Korsinsky, Esq., counsel for Plaintiff, and Adam Michaels, Esq., counsel for Third-party Defendant PHEAA, have reviewed this letter prior to submission and join in this request.

If the Court has any questions, or needs any further information, please contact the undersigned directly at (516) 678-6660. Otherwise, thank you for your attention to this matter.

Very truly yours,

Andrew P. Karamouzis

cc: Michael Korsinsky, Esq.
    Adam Michaels, Esq.

www.mka-law.com